IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRANDY LEA BIRDWELL | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:14-mc-0918 |
| VICKI FREEMAN, Warden, | ) Judge Campbell |
| Respondent. | ) |

**ORDER**

Brandy Lea Birdwell, a state prisoner incarcerated at the Tennessee Prison for Women in Nashville, Tennessee, has filed a petition for the writ of habeas corpus under 28 U.S.C. § 2254. The petition, however, was not accompanied either by the required $5.00 filing fee or by an Application to Proceed in District Court without Prepaying Fees or Costs. This Court cannot review or consider a § 2254 habeas petition unless the petitioner has either submitted the filing fee or been granted leave to proceed without prepayment of fees and costs.

The Clerk is **DIRECTED** to send to the petitioner a blank short-form Application to Proceed in District Court without Prepaying Fees or Costs. Within **30 days** from the date of entry of this order on the docket, the petitioner **MUST** submit to the Court either the $5.00 filing fee or the completed application. The plaintiff's submission (whether she pays the fee or submits the application) must show the temporary docket number assigned to this matter (**3:14-mc-0918**).

The petitioner is forewarned that, if she fails to comply with the instructions of the Court within the specified time, her petition may be denied and this action dismissed for failure to comply with the instructions of the Court and for want of prosecution. Fed. R. Civ. P. 41(b).

It is so **ORDERED**.

_Todd Campbell_
TODD CAMPBELL
United States District Judge